M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Pttn: Jeffery W. Calhoun #K-3934

AIS 2008 FEB 22 A 11: 47

_____
Full name and prison name of
Plaintiff(s)

v.

Sheriff Andy Hughes
Cornwell, Keith Reed
_____
_____
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 1:08-CV-131-MEF
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☐  No ☑

B.    Have you begun other lawsuits in state or federal court relating to your
imprisonment?    YES ☐    NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s)  N/A

Defendant(s)  N/A

2.    Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still
   pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Houston County Jail*
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Houston*
*County Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

         NAME                          ADDRESS

1. *Sheriff: Andy Hughes – 901 E. Main Street Dothan Ala.*
2. *Candle Keith Reed –  "   "   "   "   "   36302*
3. ~~XXXXX~~ *–   "   "   "   "   "*
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *9-26-2006 Approx.,*
*And Everyday Since.*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Under the 8th Ammendment Law*
*of the Incarciration and Prisoner's Rights. There's*
*More if I Could get to a law-library, I Could quote*
*them, But I'm Violated of that Right. I think it would*
*Fall Under- the 6th Ammendment. But I need Access*
*to the law-library. Also the law of the 1st Ammendment*
*is being Violated here.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On this Date 9-27-2006 They took all My Belongings From me. They Take Mattress, Blanket, Sheet, everything of Clothing Except 1- of every Item you Can Wear. With Freezing Tempature's out-side (rain) and the Air-Cond. on Full Blast on lock-Down Cells. Where D.O.C. Inmates they Can't like these Items.

GROUND TWO: They Keep-us from Contacting the out-side world, Family's, lawyer's ect. They wont let us have Pincel's or Pen's to Write with, you get Cault, you get a D.R.

SUPPORTING FACTS: I have write-up's to prove it. Sanction's and D.R.'s., Along with Several witness's to these offence's and Many, other's. I sent the Names of the witnesses with the Petition Form and Request for 1983 Form's.

GROUND THREE: Denied legal- Access to the Law-Library, Addresses for legal Procedure's ect. on Lock-Down. Funding us less Portion on food tray that Required. Like of Medical Attention. ect.

SUPPORTING FACTS: I have on going legal-Affairs, and have been Denied Access to the law-Library, Also I'm in need of a Surgery, and been Denied Medical attention. I've Ben here For 18 month in this County jail which is anothere Violation of Federal Law's. I'm Suppose to be Transferred in (30 Day's) after I've been Sentenced. If I had been Sent to Kilby Corr. fac. I'd done had my Medical taken Care of. and I would be sleeping on Steel are Concrete without a Mattress, Blanket, Sheet, ect./ I tried to get the WTVY News Ch. 4 to Come Down here and Put this Corrupt Place on T.V. For People to Really see what's going on Down here. But the law Threaten's them Just like they Do us! and they Leave.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I want the People to pay the Penalty for breaking
the law, and for me and other ~~other~~ Inmates to be
Compensated for the Wrong's done to ~~the~~ Us.
I want to have my Surjury here, and then to transfer me
to Kilby Corr. Where it can be Done! I want our Property,
Mattress's, Blanket's, Sheets, to be given back to us on Lock-Down.
where there supposed to be! and our
proper food Put on the trays,
along with Legal-Access to the library (too!)

_____
       Signature of plaintiff(s)        Jeffery W. Calhoun #163934 AIS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____Feb 13, 2008_____.
                  (Date)

                  Attn: Jeffery W. Calhoun #163934-AIS
                  _____
                         Signature of plaintiff(s)

Attached Additional Page          (over ⟹ )

Ground Four: Violating use of there Tazzer Guns, They Shoot you; if they don't like what you Say, and they like to use them to Intimidate you with them. There's Some Inmate's that have been Setting on there Bed's, The officer Come in the Cell and Stuck the Tazzer too the Inmates fore-Head and Pull-the trigger.

Surreporting Facts: We have eye-witnesses to every Complaint I'm Filing on. You have a list of them witnesses, on the Petition I sent to you when I ask for the 1983 form's There is Fifhteen of us all togethere.

Ground Five: Violating the Due Process and Disciplinary Proceedure: They Keep you for Appealing to the Courts of this County, They Refuse to let it be mailed out of this Facility, to the Courts. Just like they're already ~~threat~~ threatened me that they will not give me a Account Summary, or Certification for this 1983 form ~~and~~ neither will they let it be mailed-out of this Facility, So how I've got to have this letter Sneaked out of Jail and Mailed. (I Strongly believe that the Federal Marshall's need to barge there way into this County Jail, without the Facility, having any Knowledge of them Coming, and go to every Pod in here and Question the Inmates and you will See Just how Correct this System is.)

Closing Statement: Every topic I have ~~just~~ expated in the above Statement's Can be Found/Linked in some form(or) ~~form~~ Fassion to Cruel & Unusual Punishment / Mental Anguish.

---

1- If you would "Please" send me the Address to the Inhumane-Societies Proper-office.

2- Also Interial-Investigation's Address (or) Interial Affair's

   "These People have to Be Stoped, They've been Violating the law to long."

(over) ⇒

You may want to get the internal Affair's to check into the list of Name's that the State-Government "Pay's" these People Down here to hold us unto we get to Prison. If they Do they will Find out My Name, as well as other's that where being Claimed as Housed at that facility. My Name and other's are on the list of (Houston County Jail Facility) and Houston County Community - Work - release) they Call C.C.O. (or) C.C.P. our Name's are on Both list. In other word's these Folk's are Robbing the State-Government Blind. And Need to be Prosicuted For it.

I Declare under Penalty of Perjiry that the Foregoing is true and Correct.

Executed on Feb. 13, 2008

Attn: Jeffery W. Calhoun #163934 AIS
Signature of Plaintiff(s)

Attn: Jeffery W. Calhoun
AIS #163934-N-11
901-E. Main Street
Dothan, Al. 36302

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.58°
0004237211 FEB 21 2008
MAILED FROM ZIPCODE 36303

United States District Court
Office of the Clerk;
P.O. Box 711
Montgomery, Al. 36101-0711

Legal-Mail!

Personal & Confidential

36101+0711-11 B007