AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

~~_____~~ Middle District of Alabama    RECEIVED

ATTN: Jeffery W. Calhoun #163934    APPLICATION TO PROCEED    2008 FEB 22 A 11: 47
    Plaintiff    WITHOUT PREPAYMENT OF
        FEES AND AFFIDAVIT    DEBRA P. HACKETT, CLK
    V.    U.S. DISTRICT COURT
        MIDDLE DISTRICT ALA

Sheriff: Andy Hughes & Staff    CASE NUMBER: 1:08-CV-151-MEF
    Defendant

I, Jeffery W. Calhoun, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Houston County Jail
   Are you employed at the institution?  No    Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. August 19, 2006 / $240.00 weekly work/Release

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount.  *NO*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *When at work-release, I give half to the Courts and the other $120.00 to my wife and son. of the $240.00 I get weekly.*

I declare under penalty of perjury that the above information is true and correct.

*Feb. 13, 2008*          *Attn: Jeffrey W. Calhoun*
Date                     Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                              HOUSTON COUNTY JAIL
               ==========================================================
                              Resident Account Summary
                         Wednesday, February 20, 2008  @10:47

               ================================================================
 r CIN: 53064     CALHOUN, JEFFERY
-------------------------------------------------------------------------------
    Date      Transaction Description              Amount    Balance    Owed     Held    Reference
-------------------------------------------------------------------------------
 02/20/2008  PROPERTY    SENT SUMMARY PER REQUEST    1.00      0.00    542.81    0.00
 02/14/2008  MEDCO       TYL                         0.50      0.00    541.81    0.00
 02/06/2008  MEDCO       NEURONTIN 020108           10.00      0.00    541.31    0.00
 02/01/2008  MEDCO       TYL                         0.50      0.00    531.31    0.00
 01/09/2008  MEDCO       FLEXERIL/MOTRIN/PA 010408  40.00      0.00    530.81    0.00
 01/04/2008  MEDCO       PA121907                   20.00      0.00    490.81    0.00
 12/19/2007  MEDCO       PA121207                   20.00      0.00    470.81    0.00
 12/04/2007  MEDCO       TY                          0.50      0.00    450.81    0.00
 11/28/2007  MEDCO       ULTRAM112107               10.00      0.00    450.31    0.00
 11/28/2007  MEDCO       TRANSPORT112007            20.00      0.00    440.31    0.00
 11/02/2007  MEDCO       TY                          0.50      0.00    420.31    0.00
 10/30/2007  MEDCO       TY                          0.50      0.00    419.81    0.00
 10/23/2007  MEDCO       TY                          0.50      0.00    419.31    0.00
 10/22/2007  MEDCO       TY                          0.50      0.00    418.81    0.00
 10/22/2007  MEDCO       TY                          0.50      0.00    418.31    0.00
 10/22/2007  MEDCO       TY                          0.50      0.00    417.81    0.00
 10/22/2007  MEDCO       TY                          0.50      0.00    417.31    0.00
 10/03/2007  MEDCO       LPN,IBU091907              15.00      0.00    416.81    0.00
 09/25/2007  MEDCO       TY                          0.50      0.00    401.81    0.00
 09/25/2007  MEDCO       TY                          0.50      0.00    401.31    0.00
 09/12/2007  MEDCO       TY                          0.50      0.00    400.81    0.00
 09/12/2007  MEDCO       TY                          0.50      0.00    400.31    0.00
 09/10/2007  MEDCO       TY                          0.50      0.00    399.81    0.00
 09/04/2007  MEDCO       TYL                         0.50      0.00    399.31    0.00
 09/04/2007  MEDCO       TYL                         0.50      0.00    398.81    0.00
 08/30/2007  MEDCO       TYL                         0.50      0.00    398.31    0.00
 08/27/2007  DEPCASH     INITIAL DEPOSIT - REINSTA'  0.00      0.00    397.81    0.00
 07/18/2007  MEDCO       LPN/NEURONTIN071207        15.00      0.00    397.81    0.00
 07/03/2007  MEDCO       LPN,DECADRON,MOTRIN062707  12.00      0.00    382.81    0.00
 06/27/2007  MEDCO       LPN062007                   5.00      0.00    370.81    0.00
 06/27/2007  MEDCO       SULF DROPS062007           10.00      0.00    365.81    0.00
 06/20/2007  LEGAL       CV 1:07-CV-455-MEF{WO}    350.00      0.00    355.81    0.00
 05/16/2007  MEDCO       LPN051507                   5.00      0.00      5.81    0.00
 05/04/2007  MEDCO       TYL                         0.50      0.00      0.81    0.00
 05/04/2007  <MEDCO>     TYL                        -0.19      0.00      0.31    0.00
 05/04/2007  MEDCO       TYL                         0.50      0.19      0.50    0.00
 02/14/2007  EPR         OID:100042903-ComisaryPur -19.85      0.19      0.00    0.00
 02/11/2007  DEPMO       08599287645                20.00     20.04      0.00    0.00
 01/24/2007  EPR         OID:100042297-ComisaryPur -20.90      0.04      0.00    0.00
 01/23/2007  DEPMO       08-584870528               20.00     20.94      0.00    0.00
 01/17/2007  EPR         OID:100042099-ComisaryPur  -4.56      0.94      0.00    0.00
 01/08/2007  <PHONE>     1655405617                -10.00      5.50      0.00    0.00
 01/08/2007  PHONE       1655405617                 10.00     15.50     10.00    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2007  -0.50     15.50      0.00    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2006  -0.50     16.00      0.50    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2006  -0.50     16.50      1.00    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2006  -2.00     17.00      1.50    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2006  -5.00     19.00      3.50    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2006  -0.50     24.00      8.50    0.00
 01/07/2007  <MEDCO>     Payment for MEDCO on 2006  -0.50     24.50      9.00    0.00
 01/07/2007  DEPMO       08557770269                25.00     25.00      9.50    0.00
 01/05/2007  MEDCO       TYL                         0.50      0.00      9.50    0.00
 12/31/2006  MEDCO       TYL                         0.50      0.00      9.00    0.00
 12/10/2006  MEDCO       LAB NO CHARGE 112106        0.00      0.00      8.50    0.00
 12/08/2006  MEDCO       FU TB NO CHARGE 112906      0.00      0.00      8.50    0.00
 11/29/2006  MEDCO       TYL                         0.50      0.00      8.50    0.00
 11/21/2006  MEDCO       EARPLUGS103006              2.00      0.00      8.00    0.00
 11/10/2006  MEDCO       LPN101806                   5.00      0.00      6.00    0.00
 10/27/2006  MEDCO       TYL                         0.50      0.00      1.00    0.00
-------------------------------------------------------------------------------
                                   Page 1
```

```
                         HOUSTON COUNTY JAIL
         ========================================================
                         Resident Account Summary
                   Wednesday, February 20, 2008   @10:47
         ===========================================================
r CIN: 53064      CALHOUN, JEFFERY
-------------------------------------------------------------------------------
  Date      Transaction  Description         Amount   Balance    Owed    Held    Reference
-------------------------------------------------------------------------------
10/15/2006 MEDCO        ANT                    0.50     0.00     0.50    0.00
10/12/2006 PROPERTY     VOID-LOST TOWEL       -2.00     0.00     0.00    0.00
10/11/2006 PROPERTY     LOST TOWEL             2.00     0.00     2.00    0.00
10/11/2006 DEPCASH      INITIAL DEPOSIT        0.00     0.00     0.00    0.00
```

Page 2

Attn: Anthony W. Wilson
#163934-N-11
901-E. Main Street
Dothan, AL 36302.

Legal-Mail !

Personal & Confidential

United States District Court
Office of the Clerk:
P.O. Box 711
Montgomery, AL. 36101-0711