Case 1:08-cv-00131-MEF-SRW    Document 5    Filed 02/29/2008    Page 1 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Commander Keith Reed
   c/o Houston County Jail
   901 E. Main Street
   Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Angie Rogers                   3/27/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   1:08cv131
   CVB                                         40

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number   7007 2680 0003 1841 6872
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Angie Driggers  C. Date of Delivery 2/27/08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>1:08CV131<br>C↓o  (40) |
| 1. Article Addressed to:<br><br>Sheriff Andy Hughes<br>c/o Houston County Jail<br>901 E. Main Street<br>Dothan, AL 36301 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(from service label)* | 7007 2680 0003 1842 2514 |

Domestic Return Receipt    102595-02-M-1540