# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY W. CALHOUN,<br>AIS #163934, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 1:08-CV-131-MEF |
| | ) | |
| ANDY R. HUGHES and KEITH REED, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby

gives notice of his entry of appearance as counsel for Defendants, Houston County Sheriff Andy R.

Hughes and Jail Commander Keith Reed.

Dated this 3rd day of March, 2008.

Respectfully submitted,


s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Houston County, Alabama

OF COUNSEL
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

---

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon Jeffery W. Calhoun, #163934, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of March, 2008.

**s/Gary C. Sherrer**
OF COUNSEL