IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFERY W. CALHOUN, #163934,      )
                                  )
      Plaintiff,                   )
                                  )
v.                                )      CIVIL ACTION NO. 1:08-CV-131-MEF
                                  )
ANDY HUGHES, et al.,              )
                                  )
      Defendants.                  )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on

April 2, 2008 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from April 7, 2008 to and

including April 11, 2008 to file a written report and answer.

Done this 3rd day of April, 2008.


                          /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE